PATRICIA L. McCABE, CSBN 156634
KRISTIN E. BERK, CSBN 275840
Law Offices of Patricia L. McCabe
4100 W Alameda Avenue Fl 3 #301
Burbank, CA 91505
(818) 907-9726; Fax: (818) 907-6384
Email: patricia@mccabedisabilitylaw.com

Attorneys for Plaintiff,
JACUELINE CONTRERAS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JACUELINE CONTRERAS<br>            Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner, Social Security<br><br>            Defendant. | Case No. 2:22-CV-03206-SP<br><br>ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT 28 U.S.C. § 2412(d)<br><br>Judge: Honorable Sheri Pym |

Based upon the parties' Stipulation for the Award and Payment of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), IT IS ORDERED that fees in the amount of $1,800.00 as authorized by 28 U.S.C. § 2412 be awarded to Plaintiff, subject to the terms of the Stipulation.

Date:  May 17, 2023

_____
SHERI PYM
United States Magistrate Judge